JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>vs.<br><br>KNOTT'S BERRY FARM,<br><br>    Defendant. | **Case No.: CV09-05515 PA (CTx)**<br>[Hon. Judge Percy Anderson - Ctrm 15<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Complaint Filed:   7/28/09<br>Trial Date:        None Set. |

Pursuant to the Stipulation of Dismissal between the parties, it is hereby ordered:

The above action between Plaintiff Marsi Zintel and Defendant Knott's Berry Farm is dismissed with prejudice.

Each party is responsible for their own attorney's fees and costs.

**IT IS SO ORDERED.**

**Dated: January 12, 2010**              _____

                                                        **Hon. Percy Anderson**
                                              **UNITED STATES DISTRICT JUDGE**